# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D18-406
1D18-407

_____

ERNIE MORRIS ENTERPRISES,
INC., and GREG S. CAVE,

Appellants,

v.

CONTRAX FURNISHINGS, LLC,
and METEOR EDUCATION, LLC,

Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

August 8, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and ROBERTS and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

J. Robert McCormack and Lara J. Peppard of Ogletree Deakins Nash Smoak & Stewart, P.C., Tampa, for Appellant Ernie Morris Enterprises, Inc., and Clifford A. Taylor of The Hogan Law Firm, Brooksville, for Appellant Greg S. Cave.

Seldon J. Childers and James W. Kirkconnell of ChildersLaw, LLC, Gainesville, for Appellees.